IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTORIA DELTITO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**REPUBLIC WESTERN INSURANCE and REPWEST INSURANCE COMPANY,**<br><br>*Defendants.* | **Case No. 2:24-cv-02781-JDW** |

### ORDER

**AND NOW**, this 11th day of March, 2025, upon consideration of the Renewed Motion Of Defendants Republic Western Insurance And Repwest Insurance Company To Compel Arbitration And Stay The Action Pending Arbitration (ECF No. 9), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**